| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1:01CR16-004(SS) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Cesar Reyes<br>1237 Olga Mapula<br>El Paso, Texas 79936 | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | Maurice M. Paul | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: August 30, 2005    TO: August 29, 2009 |

OFFENSE

Conspiracy to Possess With Intent to Distribute More Than 1,000 Kilograms of Marijuana, in violation of 21 U.S.C. §§841(a)(1) and 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 16, 2007
Date

Maurice M. Paul
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-11-07
Effective Date

United States District Judge

07 APR 25 AM 11: 50

FILED